DANIEL GERSHBURG ESQ., P.C.
Special Counsel to the Trustee
100 Church Street, 8th Floor
New York, New York 10007
(718)989-0765
By: Daniel Gershburg, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                                  Chapter 7
                                                                                          Case No.: 1-11-42390 (NHL)
IMAGE RENT A CAR, INC.,

                        Debtor
------------------------------------------------------------------------x
GREGORY MESSER, ESQ., as Trustee
of the estate of Image Rent A Car, Inc.,
                                                                                          Adv. Pro. No.: 12-1288 (NHL)
                        Plaintiff,

    -against-

SCHNEIOR ZILBERMAN, ADIR GROUP, INC.
ADIR RENT A CAR, INC., ADIR PLAZA, INC.,
GROUP TRAVEL SOLUTION, INC. and GAD SEBAG,

                        Defendants.
------------------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING DISCOVERY

**WHEREAS,** on October 4, 2012, the Plaintiff filed a complaint (the "Complaint") in the above captioned adversary proceeding;

**WHEREAS**, the Plaintiff and the Defendants agreed pursuant to a Pretrial Scheduling order dated December 6, 2012 that Discovery shall be completed by April 19, 2013; and

**WHEREAS,** the Plaintiff and Defendants have agreed to further extend discovery deadlines in light of discussions having already been held between the parties surrounding settling the instant adversarial claim.

1

**NOW, THEREFORE**, it is stipulated and agreed by and between the undersigned that, subject to the approval of the Court:

1. The parties shall complete all fact and expert discovery in this adversary proceeding by no later than May 31, 2013.

2. The parties shall serve the Joint Pretrial Memorandum no later than July 1, 2013.

3. The parties shall serve and file any and all dispositive motions in connection with this adversary proceeding no later than June 24, 2013, or the relief sought in such motions shall be deemed to have been waived.

**Daniel Gershburg, Esq., P.C.**
Attorneys for the Plaintiff

By:   /s/ Daniel Gershburg
     Daniel Gershuburg, Esq.
     100 Church Street, 8th Floor
     New York, New York 10007
     (212) 390-8866

**Roseberg, Musso & Weiner, LLP**
Attorneys for Defendants

By:   /s/ Bruce Weiner
     Bruce Weiner, Esq.
     *ADIR GROUP, INC.*
     *ADIR PLAZA, INC.*
     *ADIR RENT A CAR, INC.*
     *GAD SEBAG*
     *SCHNEIOR ZILBERMAN*
     26 Court Street, #2211
     Brooklyn, NY 11201
     (718) 855-6840

**Law Offices of Stephen Somerstein**
Attorneys for Defendant

By:   /s/ Stephen A. Somerstein
     Stephen A. Somerstein, Esq.
     *GROUP TRAVEL SOLUTION, INC.*
     53 Prospect Park West
     Brooklyn, NY 11215
     (718) 788-4700

**SO ORDERED**