Barbie D. Lieber, Esq.
Lieber & Lieber, LLP
60 East 42nd Street, Suite 2222
New York, New York 10165
Phone: (212) 949-5586
Counsel to Digby Adler Group, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| Image Rent A Car, Inc. | 11-42390-nnl |
| Debtor. | |

-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case, and all proceedings herein, as attorney of record for Digby Adler Group LLC d/b/a Bandago and requests that copies of all pleadings and papers hereafter served or filed herein be served upon the undersigned.

Dated: New York, New York
       February 26, 2013

> By: /s/ *Barbie D. Lieber*_____
> Lieber & Lieber, LLP
> 60 East 42nd Street
> Suite 2222
> New York, New York 10165
> Phone: (212) 949-5586
> Fax: (212) 949-5587
> Attorneys for Digby Adler Group LLC d/b/a/ Bandago